IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff/Respondent,

vs.                                                  No. 09-CV-568 JC/ACT
                                                     No. 05-CR-1375 JC

**WILLIAM DAVIAU,**                     No. 06-CR-1900 JC

    Defendant/Movant.

### ORDER

**THIS MATTER** comes before the Court on the Proposed Findings and Recommended Disposition of the United States Magistrate Judge filed November 13, 2009  [Doc. 10]. Defendant/Movant has not filed any objections.

**IT IS THEREFORE ORDERED** that the Proposed Findings and Recommended Disposition of the United States Magistrate Judge are adopted by the Court.

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus filed June 5, 2009, is dismissed with prejudice.

_____
**JOHN EDWARDS CONWAY**
**SENIOR U.S. DISTRICT JUDGE**